IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHAWNIE B.,[1]

    Plaintiff,

v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

    Defendant.

No. 1:23-cv-00418-JR

ORDER ADOPTING FINDINGS AND RECOMMENDATION

**BAGGIO, District Judge:**

    On October 28, 2024, Magistrate Judge Jolie Russo issued her Findings and Recommendation (F&R) (ECF 17) in the above captioned case recommending that the Commissioner's decision should be affirmed and that this case should be dismissed. No objections have been filed.

    The magistrate judge makes only recommendations to the court, to which any party may file written objections. 28 U.S.C. §§ 636(b)(1)(B), (C). If a party objects, the court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendation to which objection is made." *Id.* § 636(b)(1)(C). The court is not, however, required to review, de novo or under any other standard, the factual or legal conclusions of the

---

[1] For privacy, this Order uses only Plaintiff's first name and first initial of her last name.

1 – ORDER

magistrate judge as to those portions of the F&R to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Ramos*, 65 F.4th 427, 433 (9th Cir. 2023). While the level of scrutiny that the court applies to its F&R review depends on whether a party has filed objections, the court is free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C); *see also Thomas*, 474 U.S. at 154.

After reviewing the F&R and the relevant record materials, the Court adopts the F&R without modification. The Commissioner's decision is affirmed, and this case is dismissed.

IT IS SO ORDERED.

DATED this 14th day of January 2025.

*Amy M. Baggio*
_____
AMY M. BAGGIO
United States District Judge

2 – ORDER